Flatbush Chiropractic, P.C., as Assignee of JASPER BROOMES, Appellant,
against
American Transit Ins. Co., Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Terrence C. O'Connor, J.), entered May 6, 2015. The order granted defendant's motion to dismiss the complaint and denied plaintiff's cross motion for leave to renew its prior motion for summary judgment, which had been denied by an order of the same court (Larry Love, J.) entered March 7, 2013.




ORDERED that the order entered May 6, 2015 is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion to dismiss the complaint and denied plaintiff's cross motion for leave to renew its prior motion for summary judgment, which had been denied by an order of the same court (Larry Love, J.) entered March 7, 2013.
For the reasons stated in Flatbush Chiropractic, P.C., as Assignee of Pierre Luxio v American Tr. Ins. Co. (___ Misc 3d ___, 2016 NY Slip Op ___ [appeal No. 2015-1649 Q C], decided herewith), the order is affirmed.
Elliot, J.P., Pesce and Solomon, JJ., concur.
Decision Date: January 20, 2017